AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| JOEL GRAY, *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.   6:06-CV-6257 |
| TIM MURRAY, Superintendent, Gowanda Correctional Facility, *Defendant* | ) ) ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X  other:   The petition for a writ of habeas corpus is denied and the petition is dismissed. The petitioner has failed to make a substantial showing of a denial of a constitutional right,  the Court declines to issue a certificate of appealability.  See 28 U.S.C.§ 2253.  Any Appeal as a poor person is denied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X  decided by Judge   Michael A. Telesca   on a motion for   N/A

Date:   Dec 14, 2009

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*