

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOEL GRAY,

        Petitioner,

v.

TIM MURRAY, SUPERINTENDENT,
GOWANDA CORRECTIONAL FACILITY,

        Respondent.

**NOTICE OF APPEAL**

06-CV-6257T

---

Notice is hereby given that Joel Gray, petitioner in the above-named case, appearing *pro se*, hereby appeals to the United States Court of Appeals for the Second Circuit from all of the decision of this Court entered on December 4, 2009.

Dated: December 28th 2009

                                                  /s/ Joel Gray
                                                  Joel Gray
                                                  **Appearing *Pro Se***

                                                  Joel Gray (DIN 03B3081)
                                                  Gowanda Correctional Facility
                                                  P.O. Box 311
                                                  Gowanda, NY 14070-0311

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOEL GRAY,

        Petitioner,

v.

TIM MURRAY, SUPERINTENDENT,
GOWANDA CORRECTIONAL FACILITY,

        Respondent.

**NOTICE OF APPEAL**

06-CV-6257T

---

Notice is hereby given that Joel Gray, petitioner in the above-named case, appearing *pro se*, hereby appeals to the United States Court of Appeals for the Second Circuit from all of the decision of this Court entered on December 4, 2009.

Dated: December 28th 2009

Joel Gray
**Appearing *Pro Se***

Joel Gray (DIN 03B3081)
Gowanda Correctional Facility
P.O. Box 311
Gowanda, NY 14070-0311

## THE LAW OFFICES OF
# UNITED DEFENSE GROUP LLP

4181 Sunswept Dr., Suite 100, Studio City, California 91604  (818) 487-7400 Fax (818) 487-7414
UNITEDDEFENSEGROUP.COM

January 26, 2010

Joel Gray 03B3081
Gowanda Correctional Facility
P.O. Box 311
Gowanda, N.Y. 14070-0311

Re:   *Your Case Status*

Dear Mr. Gray:

As requested, please find enclosed a copy of your online inmate information.

Also, we checked with the court and your Notice of Appeal has not been filed. It is possible that the court misplaced the notice. When did you send the notice? Did you send it with tracking and/or signature service? Please let us know so that we can address this issue as soon as possible.

Sincerely,

Oren Rosenthal

Enclosure

AFFIRMATION OF SERVICE

(If you are not having your signature notarized, use this form)

DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

JOEL GRAY,

-vs-

TIM MURRAY, Superintenden,
Gowanda Correctional Facility,

AFFIRMATION OF SERVICE

I, (print your name) JOEL GRAY, make the following affirmation under penalty of perjury: that I have served a copy of the attached (name(s) of the document(s) you served and are now filing)
NOTICE OF APPEAL

upon (name(s) of all other parties in this case)

U.S. District Court, Western Dist. of New York State, Rochester, N.Y. 12226

by mailing the document(s) to (name(s) of all other parties' attorney(s)   ANDREW CUOMO, Attorney General, State of New York,

whose address(es) is/are: The Capitol, Department of Law, Albany, N.Y.

on (date service made) December 28, 2009

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief, also that a notary is unavailable at the time of mailing this document.

Executed on 12/28/09
            (date)                                    (your signature)

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF __ERIE__ )

I, __JOEL GRAY__ being duly sworn, deposes and says:

1. I am over eighteen (18) years of age and resides at the Gowanda Correctional Facility, P.O. Box 311, South Road. Gowanda, New York, 14070-0311.

2. On __February 5th__, 20__10__, I placed and submitted a true and exact copy of the within document(s) which consist of the following: __NOTICE OF APPEAL__

in a properly sealed, post paid wrapper and deposited same in an official depository of the United States Postal Service, said box being under exclusive care of the New York State Department of Correctional Services and is one established for the purpose of mailing correspondence, addressed for delivery to the following parties.

Hon. ANDREW CUOMO,
Attorney General, New York State
The Capitol, Department of Law
Albany, New York 12224

U.S. DISTRICT COURT
WESTERN DIST., NEW YORK
U.S. COURTHOUSE, 100 State St
Rochester,, New York 14614-1387

UNITED DEFENSE GROUP
4181 Sunswept Dr., Suite 100
Studio City, Cal. 91604

SWORN TO BEFORE ME THIS
__5__ DAY OF __Feb 2010__

__[signature]__
NOTARY PUBLIC

Respectfully Submitted,

__[signature]__
Joel Gray, Defendant-Appellant
Gowanda Correctional Facility
P.O. Box 311
Gowanda, New York 14070-0311